# United States District Court

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

FEB 26 2006

MATTHEW J. DYKMAN
CLERK

_____ DISTRICT OF New Mexico

UNITED STATES OF AMERICA
V.
Alonso MARQUEZ-Diaz
Roberto CACHO

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 06-3677mj

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or __February 24, 2006__ in __Lincoln__ County, in the _____ District of __New Mexico__ defendant(s) did, (Track Statutory Language of Offense:)

Count I: Knowingly and intentionally possessed, with the intent to distribute, approximately thirty (30) kilograms of cocaine.

Count II: Conspiracy to distribute approximately thirty (30) kilograms of cocaine

in violation of Title __21__ United States Code, __841 and 846__

I further state that I am a(n) __DEA Special Agent__ and that this complaint is based on the following
Official Title

facts: On February 24, 2006 NM State Police Officer Cory Crayton conducted a traffic stop on US 54 south Carizozo in Lincoln County, NM. Alonso MARQUEZ was the registered owner and driver of the truck and Roberto CACHO was the passenger. When asked, both men advised they were going fishing, but neither could provide any detail beyond that. When either man did provide specific information regarding their trip it was generally in conflict with what the other stated. Officer Crayton asked for, and received, written consent from MARQUEZ to search the vehicle. Inside the dashboard Officer Crayton located a bundle wrapped in electrical tape consistent with narcotics smuggling and took both subjects into custody. The bundle was found to contain a white powder which field-tested positive for cocaine. Officer Crayton then obtained a State District Court search warrant for the truck. The subsequent search yielded another 29 bundles of cocaine. Each bundle weighed approximately one kilogram. AUSA Amanda Gould approved Federal prosecution of MARQUEZ and CACHO.

Continued on the attached sheet and made a part  ☐ Yes  ☒ No

SA Eric K. Hansen
Signature of Complainant

Sworn to before me, and subscribed in my presence,

February 26, 2006                                at Las Cruces, New Mexico
Date                                              City and State

U.S. Magistrate Judge                             Lourdes Martinez
Name and Title of Judicial Officer                Signature of Judicial